UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC,

    Plaintiff(s),          No. C 12-5870 PJH

v.          **ORDER OF DISMISSAL**

LOC THIEN HOANG,

    Defendant(s).
_____/

Plaintiff having advised the court that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice. The parties may substitute a dismissal with prejudice at any time before expiration of the sixty day period.

IT IS SO ORDERED.

Dated: February 11, 2013

                                               PHYLLIS J. HAMILTON
                                               United States District Judge